IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| KIA JACKSON, | * |
| Plaintiff, | * |
| v. | Case No.   3:22-cv-111(TES) |
| | * |
| BOARD OF SUPERVISIORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANCIAL COLLEGE, | * |
| | * |
| Defendant. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 22, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 22nd day of March, 2023.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk